Submitted on record and briefs October 31, 2005, affirmed April 5, 2006

STATE OF OREGON,
*Respondent,*

*v.*

EDDIE AYALA COLLAZO,
*Appellant.*

04C-47330; A127215

132 P3d 681

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Louis R. Miles, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Schuman and Rosenblum,* Judges.

PER CURIAM

Affirmed. *State v. Gornick,* 340 Or 160, 130 P3d 780 (2006).

---

* Rosenblum, J., *vice* Ceniceros, S. J.